IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,
D.O.C. # 059682,

    Plaintiff,

v.                                              4:15cv386-WS/CAS

JULIE JONES, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 1, 2015. See Doc. 30. The magistrate judge recommends that the plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(g). The plaintiff has filed objections (doc. 34) to the magistrate judge's report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 30) is hereby ADOPTED and incorporated by reference into this order.

2. The order (doc. 17) granting the plaintiff *in forma pauperis* status is VACATED.

3. The plaintiff's motions to proceed *in forma pauperis* (docs. 12, 23, and 27) are DENIED.

4. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

5. All other pending motions are DENIED.

6. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

7. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this  4th  day of  November , 2015.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE